UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  9:22-CV-81925-AMC

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**CULINARY CONVENIENCE, INC.**
**a Florida for-profit corporation,**

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff NELSON FERNANDEZ, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

Dated:  March 1, 2023

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of March, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Bryan F. DuBon, Esq.
Joshua A. Hajek, Esq.
DENTONS COHEN & GRIGSBY P.C.
Mercato – Suite 6200
9110 Strada Place
Naples, FL  34108
Bryan.dubon@dentons.com

*Attorneys for Defendant*
*CULINARY CONVENIENCE, INC..*

                                                     /s/ *Roderick V. Hannah*
                                                        Roderick V. Hannah